**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**WAYNE LEROY PEMBERTON, JR.**                                   **PLAINTIFF
#188828**

**V.**                        **NO. 3:26-cv-71-DPM-ERE**

**KEVIN MOLDER,** *et al.*                                  **DEFENDANTS**

## ORDER

*Pro se* plaintiff Wayne Leroy Pemberton, Jr. has filed a motion asking me to order Poinsett County Detention Center officials to provide him copies of a video recording and three witness statements. *Doc. 5*. Mr. Pemberton's motion is essentially a discovery request. As previously instructed, discovery requests are not to be filed with the Court but should be directed to defense counsel. *Doc. 3 at 2*.

In addition, it is premature for Mr. Pemberton to engage in discovery at this time. On March 4, 2026, I provided Mr. Pemberton 30 days to file an amended complaint clarifying his constitutional claims. *Doc. 4*. After Mr. Pemberton files an amended complaint, the Court will determine whether Mr. Pemberton may proceed on any constitutional claims raised in this lawsuit.

IT IS THEREFORE ORDERED THAT Mr. Pemberton's motion for order (*Doc. 5*) is DENIED.

SO ORDERED 10 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE