**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**WAYNE LEROY PEMBERTON, JR.**                                          **PLAINTIFF**
**#188828**

**V.**                                    **NO. 3:26-cv-71-DPM-ERE**

**KEVIN MOLDER,** *et al.*                                                   **DEFENDANTS**

**ORDER**

*Pro se* plaintiff Wayne Leroy Pemberton, Jr., an Arkansas Division of Correction inmate formerly incarcerated at the Poinsett County Detention Center ("Detention Center"), has filed this 42 U.S.C. § 1983 case. *Doc. 2*. Mr. Pemberton's complaint alleges that, although he notified Captain Tabitha Simons, Administrator Gunner Wilson, and Major BJ Carter about another deputy bringing a knife into the facility, these Defendants failed to take any action. As a result, that deputy was able to threaten Mr. Pemberton with a knife. He sues Sheriff Kevin Molder, Captain Simons, Administrator Wilson, and Major Carter in both their individual and official capacities seeking monetary and injunctive relief.

I previously determined that, although Mr. Pemberton has arguably stated deliberate indifference claims against Defendants Simons, Wilson, and Carter, he failed to explain how Defendant Molder violated his constitutional rights. *Doc. 4*. As a result, I provided Mr. Pemberton an opportunity to file an amended complaint clarifying his constitutional claims. *Id*. Mr. Pemberton has now filed an amended

complaint. *Doc. 8*.

Based on the allegations raised in both his original and amended complaints, Mr. Pemberton has arguably stated deliberate indifference claims against Defendants Simons, Wilson, and Carter in their individual capacities. Service is now proper for those claims.

I will address Mr. Pemberton's claims against Defendant Sheriff Kevin Molder, as well as his official capacity claims against all Defendants, in a separate Recommendation.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court is directed to prepare summonses for Defendants Tabitha Simons, Administrator Gunner Wilson, and Major BJ Carter.

2.      The United States Marshal is directed to serve each of these Defendants with a summons and a copy of the complaint and the amended complaint (with any attachments) (*Docs. 2, 8*), without requiring prepayment of fees and costs or security. Service for this Defendant should be attempted through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

SO ORDERED 23 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2