### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**WAYNE LEROY PEMBERTON, JR.**                                    **PLAINTIFF**
**#188828**

V.                            NO. 3:26-cv-71-DPM-ERE

**KEVIN MOLDER,** *et al.*                                        **DEFENDANTS**

### ORDER

Mail sent to *pro se* plaintiff Wayne Leroy Pemberton, Jr. from the Court was returned as undeliverable. *Docs. 12, 13, 14.*

Mr. Pemberton has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order (*Doc. 3*). As a result, the Court has no way to communicate with Mr. Pemberton about his lawsuit.

IT IS THEREFORE ORDERED THAT:

1.    If Mr. Pemberton wants to pursue this case, he must notify the Court of his current address within 30 days.

2.    Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

SO ORDERED 7 April 2026.

_____
UNITED STATES MAGISTRATE JUDGE