## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

WAYNE LEROY PEMBERTON, JR.                    PLAINTIFF
ADC# 188828

v.                          No. 3:26-cv-71-DPM-ERE

KEVIN MOLDER, Sheriff, Poinsett County
Detention Center;  TABITHA SIMONS,
Captain, Poinsett Detention Center;
GUNNER WILSON, Administrator,
Poinsett Detention Center;  and BJ
CARTER, Major, Poinsett County
Detention Center                              DEFENDANTS

### ORDER

Unopposed* partial recommendation, *Doc. 11*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Pemberton's claims against Sheriff Molder are dismissed without prejudice. The Court directs the Clerk to terminate him as a defendant. Pemberton's official capacity claims against the remaining defendants are dismissed without prejudice.

---

* Pemberton responded to the partial recommendation and agreed to it. *Doc. 15*.

So Ordered.

_____wPMarshall Jr.____
D.P. Marshall Jr.
United States District Judge

_____13 May 2026_____