## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**WAYNE LEROY PEMBERTON, JR.**                                  **PLAINTIFF**
**#188828**

**V.**                            **NO. 3:26-cv-71-DPM-ERE**

**KEVIN MOLDER,** *et al.*                                  **DEFENDANTS**

## ORDER

*Pro se* plaintiff Wayne Leroy Pemberton, Jr., an Arkansas Division of Correction inmate formerly incarcerated at the Poinsett County Detention Center ("Detention Center"), has filed this 42 U.S.C. § 1983 case. *Docs. 2, 8*. Service was returned unexecuted for Defendants Tabitha Simons, Gunner Wilson, and BJ Carter. *Docs. 22, 23, 24*. According to the returned summonses, "the parcel[s] [have] been sitting at Little Rock, AR distribution center since 3/27/26." *Doc. 22 at 1, Doc. 23 at 1, Doc. 24 at 1*. As a result, the Court will re-issue summonses for these Defendants.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk of Court is directed to prepare summonses for Defendants Tabitha Simons, Administrator Gunner Wilson, and Major BJ Carter.

2.     The United States Marshal is directed to serve each of these Defendants with a summons and a copy of the complaint and the amended complaint (with any attachments) (*Docs. 2, 8*), without requiring prepayment of fees and costs or security.

Service for this Defendant should be attempted through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

SO ORDERED 21 May 2026.

_____
UNITED STATES MAGISTRATE JUDGE