**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**WAYNE LEROY PEMBERTON, JR.** **PLAINTIFF**
**#188828**

**V.** **NO. 3:26-cv-71-DPM-ERE**

**KEVIN MOLDER, *et al.*** **DEFENDANTS**

**ORDER**

A summons for Defendant Gunner Wilson was returned to the Court unexecuted with the notation "no longer employed." *Doc. 33*.

IT IS THEREFORE ORDERED THAT counsel for Defendants Tabitha Simons and BJ Carter is instructed to provide Defendant Wilson's last known address to the Court, under seal, within 30 days.

DATED 3 August 2026.

UNITED STATES MAGISTRATE JUDGE